[THE STATE EX REL.] HOWARD, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Howard v. Indus. Comm.* (1998), 83 Ohio St.3d 98.]

(No. 96–463—Submitted August 19, 1998—Decided September 9, 1998.)

———

*White, Getgey & Meyer Co., L.P.A.,* and *Barbara F. Florez,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellants.

———

The judgment of the court of appeals is reversed on the authority of *State ex rel. Tapp v. Parsec, Inc.* (1998), 82 Ohio St.3d 417, 696 N.E.2d 591, and the cause is remanded to the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.